Margaret Simonian
Julia D. Moudy
DILLON FINDLEY & SIMONIAN, P.C.
1049 W. 5th Avenue, Suite 100
Anchorage, AK 99501
Phone: 907-277-5400
Fax: 907-277-9896
Email: meg@dillonfindley.com
       julia@dillonfindley.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| BRENDA AND ELIA AKELKOK, )<br>as next friends, and legal guardians )<br>of C.O., JR., a minor child, )<br>   )<br>                   Plaintiff, )<br>   )<br>vs. )<br>   )<br>UNITED STATES OF AMERICA, )<br>   )<br>                 Defendant. )<br>   ) | Case No. 3:25-cv-_____ |

**ENTRY OF APPEARANCE**

     Margaret Simonian and Julia D. Moudy of the law firm of Dillon Findley & Simonian, P.C. hereby enter their appearance on behalf of plaintiff in the above-captioned case. All future pleadings and documents should be served on the undersigned at 1049 W. 5th Avenue, Suite 100, Anchorage, AK 99501.

DATED this 18th day of September 2025, at Anchorage, Alaska.

        DILLON FINDLEY & SIMONIAN, P.C.
        Attorneys for Plaintiff

By: /s/ Margaret Simonian
    Margaret Simonian, ABA No. 9901001
    1049 W. 5th Avenue, Suite 100
    Anchorage, AK 99501
    Phone: 907-277-5400
    Fax: 907-277-9896
    Email: meg@dillonfindley.com

By: /s/ Julia D. Moudy
    Julia D. Moudy, ABA No. 9411112
    1049 W. 5th Avenue, Suite 100
    Anchorage, AK 99501
    Phone: 907-277-5400
    Fax: 907-277-9896
    Email: julia@dillonfindley.com

LAW OFFICES
DILLON FINDLEY & SIMONIAN
A PROFESSIONAL CORPORATION
1049 W. 5th Avenue, Suite 100
Anchorage, Alaska 99501
Tel: (907) 277-5400 • Fax: (907) 277-9896

ENTRY OF APPEARANCE
*Brenda & Elia Akelkok, et al. v. United States of America*, Case No. 3:25-cv-_____